940

*Fraternal Order of Police,* 116 R. I. 939, 358 A.2d 687 (1976). *Orlando A. Andreoni,* City Solicitor, *Joseph T. Little,* Asst. City Solicitor, for petitioner. *Taft & McSally, Bernard F. McSally,* for respondent.

M. P. No. 76-188. ELSIE M. WHYTE *v.* FRANK L. SULLIVAN *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. Parties are directed to brief and argue the issue, among other issues presented, of the validity of the Town ordinance which provides that a suspended employee may not request a hearing before the personnel board unless a suspension is for more than fifteen working days. *Saunders & Torres, Ernest C. Torres,* for petitioner. *Taft & McSally, Bernard F. McSally,* for respondents.

M. P. No. 76-199. ROBERT H. FRAZIER, JR. *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus is granted for hearing on right of petitioner to be admitted to bail, and the writ shall issue forthwith. The Public Defender is directed to represent the petitioner in the further prosecution of his writ of habeas corpus. *Robert H. Frazier, Jr.,* petitioner, pro se.

M. P. No. 76-205. RICE MACHINERY, INC. *v.* JOHN H. NORBERG, *Tax Administrator.* Petition for writ of certiorari is denied. *Paul C. Borges,* for petitioner. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.

Appeal No. 76-4. PHILIP G. JUDGE *et al. v.* GRACE S. JANICKI, *Executrix.* Motion of plaintiffs to affirm the judgment below pursuant to Rule 16(g) is denied. *John J. Vallone, Jr., Louis J. Vallone,* for plaintiffs. *Swan, Keeney, Jenckes & Asquith, Edward W. Moses,* for defendant.

Appeal No. 76-169. RICE MACHINERY, INC. *v.* JOHN H. NORBERG, *Tax Administrator.* Motion of defendant to dismiss the appeal of the plaintiff is denied. Treating the notice of appeal as a petition for certiorari, the petition for certiorari is granted